**Order entered January 23, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01121-CV

## MARK ALAN MILLS, Appellant

## V.

## SHANNON LEWIS MILLS, Appellee

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-06599**

# ORDER

Before the Court is appellee's January 20, 2017 motion for an extension of time to file appellee's brief. We **GRANT** the motion.

We **ORDER** appellee to file the brief on or before February 20, 2017.

/s/ ADA BROWN
   JUSTICE